IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03013-BNB

KEITH BROOKS,

    Applicant,
v.

RICK RAEMISCH, Exec Director Colorado Dept of Corrections,
BOBBY BONNER, Warden, Limon Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

---

## ORDER FOR STATE COURT RECORD AND TO ANSWER

---

After preliminary consideration of the Application for a Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254, IT IS ORDERED:

(1)    Within **thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Brooks*, El Paso County District Court Case Number 05CR5346, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2)    Within **thirty (30) days from the date the state court record is provided to the Court**, Respondent(s) shall file an Answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts;

(3)    Within **thirty (30) days from the date the Respondents file an Answer,**

Applicant may file a Reply if he desires; and

    (4)    The Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
El Paso County District Court
P.O. Box 2980
Colorado Springs, Colorado 80901;

    (2)    Court Services Manager
State Court Administrator's Office
1300 Broadway
Denver, Colorado  80203.

DATED March 11, 2014, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge