**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03013-REB

KEITH BROOKS,

    Applicant,

v.

RICK RAEMISCH, Exec Director Colorado Dept of Corrections,
BOBBY BONNER, Warden, Limon Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

## SECOND ORDER FOR STATE COURT RECORD

On March 11, 2014, the Court entered an Order directing Respondents to file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings from the District Court of El Paso County, Colorado, in *People v. Brooks* Case Number 05CR5346, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. (ECF No. 18). A copy of the Order was mailed to the Clerk of the Court for El Paso County, Colorado. (ECF No. 19). The El Paso County District Court submitted a copy of the state court record in electronic format to this Court on March 18, 2014. (ECF No. 23).

The Clerk's Office in this Court has inadvertently misplaced the CD-Rom that contains the state court record. Accordingly, it is

ORDERED that, **within thirty (30) days from the date of this order**, the

Respondents shall file with the Clerk of the Court, a replacement copy of the complete record of Applicant's state court proceedings in the District Court of El Paso County, Colorado, in *People v. Brooks* Case Number 05CR5346. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1) Clerk of the Court
El Paso County District Court
P.O. Box 2980
Colorado Springs, Colorado 80901;

(2) Court Services Manager
State Court Administrator's Office
1300 Broadway
Denver, Colorado  80203.

DATED October 22, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge