**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-03013-REB

KEITH BROOKS

    Applicant

v.

RICK RAEMISCH, Exec Director Colorado Dept of Corrections,
BOBBY BONNER, Warden, Limon Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado

    Respondents

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. , the following Judgment is hereby entered.

Pursuant to the **Order on Application for a Writ of Habeas Corpus** [# 43] of Judge Robert E. Blackburn entered on January 13, 2015 it is

ORDERED that the **Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** [# 17-1] filed March 10, 2014, is denied.  This case is **DISMISSED WITH PREJUDICE.**

    Dated at Denver, Colorado this 13th day of January, 2015.

                          FOR THE COURT:
                          JEFFREY P. COLWELL, CLERK

                          By: s/   A. Lowe

A. Lowe
Deputy Clerk